RE: Raymond Canning                                                                                            Case # 19-16159 RAM

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows:  Reviewed documents received prior to: 5/30/19

✔ Tax returns: 2017 (Sch C only)          Corporate Tax Returns:
   Photo ID          LF 90          ✔ LF 67          LF 10
   Plan does not fund properly
✔ Calculation errors      Missing months/amounts      Inconsistent terms      Plan form completed incorrectly
   Attorney fee itemization or Fee Application needed (see court guideline 6)
   Missing 2016(B)
   Other provisions:      IVL          100%          Lawsuit          Gambling          MMM
   Reaffirm, redeem or surrender Sch D or G creditor:
   MMM Motion not filed      Valuation motion not filed          Lien Avoidance motion not filed
   Priority debt on Schedule E not in plan:
   Creditor in Plan is not listed in Schedules or has not filed a POC:
✔ Creditor paid through the Plan has not filed a POC: Rushmore
   Object or Conform to Proof of Claim:      Miami-Dade County      Tax Certificate (DE#   )      Dept of Revenue
          IRS
✔ OTHER PLAN ISSUES: Section II. A. typo in months and atty section has math error.

   Real Estate FMV and Payoff:
   Non-Homestead Information Sheet:
   Vehicles FMV (NADA/Carmax), Reg and Payoff:
   Other:
   Bank Account Statements      3 months pre-petition

   Copy of check(s) and/or explanation:
   Explanation of withdrawal(s):
   401K/Retirement/Pension          Annuity          Life Insurance Policy
   Domestic Support Obligation form complete with info: name, address and phone
✔ Wage deduction order or Motion to waive
   BDQ & attachments          Profit/loss      Balance Sheet
   Business Bank statements and checks      3 months pre-petition

   Affidavit of support

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was     served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*